# MUSCARELLA, BOCHET, EDWARDS & D'ALESSANDRO

A Professional Corporation
Counsellors At Law

WILLIAM C. BOCHET*
BARBARA ANNE EDWARDS
JAMES P. D'ALESSANDRO**

MICHAEL J. MUSCARELLA (RETIRED)

\* CERTIFIED BY THE
SUPREME COURT
OF NEW JERSEY AS A
CIVIL TRIAL ATTORNEY

** NEW YORK BAR

The Vanguard Building
21 - 00 Route 208 South
Fair Lawn, New Jersey 07410

(201) 796-3100
Fax (201) 791-0350

May 20, 2010

**Clerk, US Bankruptcy Court**
*Filed electronically*

RE:    Status Report
       Hilario Crispin & Augustine C. Crispin, Debtors
       Chapter 7; Case No. 10-12024-MS

Dear Sir/Madam:

In response to the Court's request for a Status Report in the above matter, please be advised that we are awaiting information from debtors' regarding their real property. If the information is not provided within the next seven days, we will be filing a Notice of Motion to Dismiss Petition for Failure to Cooperate with Trustee.

Thank you.

Very truly yours,

BARBARA A. EDWARDS
Interim Trustee

BAE:plc

**UNITED STATES BANKRUPTCY COURT**
**District of New Jersey**

# memorandum



☑ P.O. Box 1352
Newark, New Jersey 07101-1352
(973) 645-4764

☐ P.O. Box 2067
Camden, NJ 08101-2607
(856) 757-5485

☐ 402 East State Street
Trenton, NJ 08608
(609) 989-2200

| | |
|---|---|
| TO: | BARBARA EDWARDS |
| FROM: | Clerk's Office |
| CASE NO./NAME: | 10-12024 MS CRISPIN |
| DATE: | 5/19/2010 |

In reviewing this case to determine if it is ready for closing, it has been noted that the following document(s) have not been filed:

☑ Trustee's Report of No Assets

☐ Certification of Compliance, re: Order Respecting Amendment to List of Creditors

☐ Chapter 13 Trustee's Final Report

☐ Order, re: Motion returnable: _____

☐ Other: _____

**IF ASSETS ARE CONTEMPLATED, SUBMIT NOTICE OF DISCOVERED ASSETS**

Please forward the above document(s) to the Court within ten (10) days; if they cannot be forwarded, please notify the Court. If the document(s) are not forwarded and no response is received, the case may be closed, or listed for Status Conference. Your cooperation is greatly appreciated.

**PLEASE ENCLOSE A COPY OF THIS MEMO WITH ANY SUBMISSION**

JAMES J. WALDRON, Clerk

Last revised 9/12/02jml